IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| REBECCA F. DORRANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-2111-KHV |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $6,500.00, payable to Plaintiff's attorney, Ross E. Stubblefield.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$6,500.00, payable to Ross E. Stubblefield.**

IT IS SO ORDERED.

Dated this 12th day of April, 2006.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

APPROVED BY:

s/ Ross Stubblefield
Ross Stubblefield
Midland Professional Associates
2307 South Outer Road, Suite 207
Blue Springs, Missouri 64015
(816) 220-8200 (telephone)
(816) 228-6576 (facsimile)
KS Bar #15409
E-mail: ross@midlandgrp.com

Attorney for Plaintiff



ERIC F. MELGREN
United States Attorney

s/ David D. Zimmerman
DAVID D. ZIMMERMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 23486
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail:  David.Zimmerman@usdoj.gov
ELECTRONICALLY FILED
Attorneys for the United States